# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:00-CR-338 CAS |
| ) | |
| PERZS GRAY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant Perzs Gray's pro se Motion for Early Termination of Supervised Release. For the following reasons the motion will be denied without prejudice.

On September 14, 2000, Gray was sentenced to 168 months imprisonment and a three-year term of supervised release on charges of conspiracy to distribute cocaine and possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1). This sentence was to run concurrent with the 168-month sentence imposed in cause number 4:99-CR-393 CAS.[1] On August 28, 2008, defendant's sentence was amended to 135 months, pursuant to 18 U.S.C. § 3582(c)(2). Defendant completed his sentence and has been on supervised release since March 26, 2010. Defendant's supervised release is set to expire on March 25, 2015.

The United States Probation Office opposes the early termination of supervised release because defendant is presently self-employed. Defendant only recently filed tax information regarding his self-employed status, and the probation office believes that additional supervision is necessary to

---

[1]Defendant was sentenced to a five-year term of supervised release in cause number 4:99-CR-393 CAS.

continue to monitor defendant's overall adjustment to the community and to assist him with business and tax filings necessary to maintain his self-employed status. The Court finds that defendant's request for early termination of his supervised release should be denied without prejudice at this time. Defendant may refile a motion for early termination of supervised release in twelve months if he is in full compliance with all conditions of supervision.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Perzs Gray's pro se Motion for Early Termination of Supervised Release is **DENIED without prejudice**. [Doc. 27]

**IT IS FURTHER ORDERED** that defendant Perzs Gray may refile a motion for early termination of supervised release in twelve months if he is in full compliance with all conditions of supervision.

_/s/ Charles A. Shaw_
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 24th day of May, 2012.